No. 365. SEAS SHIPPING Co., INC. *v.* SIERACKI. October 8, 1945. Petition for writ of certiorari to the Circuit

Court of Appeals for the Third Circuit granted. *Messrs. John B. Shaw, Rowland C. Evans, Jr.* and *Thomas E. Byrne, Jr.* for petitioner. *Mr. Abraham E. Freedman* for respondent.